UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CHRISTOPHER DAMONE DAVIS** | **CIVIL ACTION NO. 12-0830** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JOHNATHAN D. CHAPMAN, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### MEMORANDUM ORDER

*Pro se* Plaintiff Christopher Damone Davis, proceeding *in forma pauperis*, filed the instant civil rights complaint pursuant to 42 U.S.C. §1983 on March 30, 2012. On October 22, 2012, Magistrate Judge Karen L. Hayes issued an order directing Plaintiff to amend his complaint to provide additional information needed to evaluate his claims on or before November 21, 2012. Plaintiff failed to comply with the order by the deadline, and, on January 14, 2013, the Magistrate Judge issued a Report and Recommendation [Doc. No. 15] recommending that the Court dismiss Plaintiff's complaint for failure to comply.

However, on January 29, 2013, Plaintiff filed a pleading in the form of a letter addressed to Magistrate Judge Hayes providing some additional information his case. [Doc. No. 16].

Given Plaintiff's indication that he now wishes to pursue his cause of action and the additional information provided, the Court DECLINES TO ADOPT the Report and Recommendation. Instead,

IT IS ORDERED that this matter be REMANDED to the Magistrate Judge for further


proceedings.

MONROE, LOUISIANA, this 11th day of April, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE